UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11-00009-JJB-SCR |
|---|---|---|
|  | : |  |
|  | : | 18 U.S.C. §1349 |
| Versus | : | 18 U.S.C. §371 |
|  | : | 18 U.S.C. §1028 |
|  | : | 18 U.S.C. §2 |
| HENRY LAMONT JONES | : | 18 U.S.C. §982 |

**DEFENDANT HENRY L. JONES
MOTION TO CONTINUE JUNE 20, 2011 TRIAL DATE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Henry Lamont Jones, who respectfully represents as follows:

1.

The indictment in the instant matter was returned February 2, 2011.

2.

On April 20, 2011, a trial date was set in this matter for June 20, 2011.

3.

On June 15, 2011, undersigned counsel commences trial before Chief Judge Ralph E. Tyson, in the matter styled *United States v. Tammy L. Copeland*, 10-26-RET-SCR. The Copeland trial is scheduled to last approximately two weeks and has been certified complex pursuant to 18 U.S.C. §3161(h)(8).

4.

The Copeland trial involves allegations of attempted murder for hire, and defendant Tammy L. Copeland is incarcerated pending trial.

5.

Undersigned counsel requests this Court reset trial in the case now before the Court. The undersigned further requests that this Court order a scheduling conference for the establishing of an alternative trial date.

**WHEREFORE**, defendant, Henry Lamont Jones, respectfully requests that the trial of this matter, currently set to commence June 20, 2011, be continued.

        Respectfully submitted,
        **deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ**
        618 Main Street
        Baton Rouge, LA 70801-1910
        Phone: (225) 344-3735
        Fax: (225)267-4545

BY: *s/ C. Frank Holthaus*
      C. FRANK HOLTHAUS, BAR NO. 06976
      STEPHANIE M. BORGHARDT, BAR NO. 33465

## **C E R T I F I C A T E**

       I hereby certify that on April 24, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to the following persons: Mr. David Maria, Department of Justice.

       I also certify that I have confirmed this date that there are no manual recipients identified to receive copies of this filing.

       Baton Rouge, Louisiana, this 21st day of April, 2011.

                                        *S/ Stephanie M. Borghardt*
                                        C. Frank Holthaus (06976)
                                        Stephanie M. Borghardt(33465)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 11-00009-JJB-SCR |
| | : | |
| | : | 18 U.S.C. §1349 |
| **Versus** | : | 18 U.S.C. §371 |
| | : | 18 U.S.C. §1028 |
| | : | 18 U.S.C. §2 |
| **HENRY LAMONT JONES** | : | 18 U.S.C. §982 |

## O R D E R

The foregoing considered,

**IT IS ORDERED** that the trial of this matter be and it is hereby continued to the _____ day of _____, 201\_\_\_ at \_\_\_\_\_ o'clock \_\_\_\_.M.

**IT IS ORDERED** that a scheduling conference be and it is hereby set for the _____ day of _____, 201\_\_\_ at \_\_\_\_\_ o'clock \_\_\_\_.M.

Thus done and signed this _____ day of _____, 2011, in Baton Rouge, Louisiana.

_____
**JUDGE JAMES J. BRADY**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA